IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAMANTHA DORINDA LOPEZ,

    Petitioner,

v.                                  CASE NO. 5:97cv39-RH

SAL SEANEZ,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 16), and the objections thereto (document 17). I have reviewed *de novo* the matters addressed by the objections. Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The amended petition for writ of habeas corpus is DENIED. The clerk shall enter judgment

99 APR 13 AM 10: 35

ENTERED ON DOCKET 4-13-99 BY (a)
[Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCrP]
Copies mailed to:

accordingly and close the file.

SO ORDERED this 13th day of April, 1999.

/s/ Robert Hinkle
Robert L. Hinkle
United States District Judge