UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAMANTHA DORINDA LOPEZ

VS                                                          CASE NO. 5:97CV39-RH

SAL SEANEZ

**JUDGMENT**

This action came to trial or hearing before the Court with the Honorable Robert L. Hinkle presiding. The issues have been tried or heard and a decision has been rendered.

The amended petition for writ of habeas corpus is DENIED.

DONE and ORDERED this 13th day of April, 1999.

ROBERT A. MOSSING, CLERK

_____
Deputy Clerk: Anita L. Sullivan

Entered On Docket: 4-13-99  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: Daley
                  Fennety

99 APR 13 PM 1:28

Document No. 19